Of Counsel
Hyslip & Taylor LLC LPA
Art Matthews, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: 310-556-9620
Bar No. 145232

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renee Mitchell | Case No.: 4:14-cv-03298-WHA |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| Account Control Technology, Inc. and LiveVox Inc. | |
| Defendant. | |

Plaintiff hereby voluntarily dismisses this action pursuant to F.R.C.P. 41(a)(1)(A)(i) with prejudice.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC LPA

By:   /s/ Art Matthews
      One of Plaintiff's Attorneys

Of Counsel
Art Matthews, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: 310-556-9620
Bar No. 145232

Complaint - 1